STRANGE & CARPENTER
BRIAN R. STRANGE (103252)
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
lacounsel@earthlink.net
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

[Additional counsel on signature page]

Attorneys for Plaintiff

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

MAZDA K. ANTIA (214963) (mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant Instagram, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN GUTIERREZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>INSTAGRAM, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 12-cv-06550-JST<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>This Document Relates to Case No. 12-cv-06550-JST Only |

1  WHEREAS, the Complaint was filed in this action on December 27, 2012 by plaintiff Steven Gutierrez ("Gutierrez") (Dkt. No. 1.);

3  WHEREAS, the First Amended Complaint was filed on May 3, 2013, adding additional named plaintiff Haig Arabian ("Arabian") (Dkt No. 17);

5  WHEREAS, by Court order dated June 11, 2013, this action was related to an earlier filed class action, *Opperman v. Path, Inc. et. al.*, Case No. 13-cv-000453-JST (Dkt. No. 18);

7  WHEREAS, a Consolidated Amended Complaint for all actions related to the *Opperman* action was filed on September 3, 2013 pursuant to court Order (*See* Gutierrez Dkt. No. 21; Opperman Dkt. No. 362);

10  WHEREAS, Gutierrez was not named as a plaintiff in the Consolidated Amended Complaint (*See* Opperman Dkt. No. 362);

12  WHEREAS, Arabian dismissed his individual claims on December 17, 2013 (Opperman Dkt No. 426);

14  WHEREAS, there are no longer any named plaintiffs for this action.

15  THEREFORE, it is hereby agreed and stipulated, by and between counsel for the parties herein, to dismiss this action without prejudice. The parties agree that each will bear their own costs and attorneys' fees.

//
//
//
//
//
//
//
//
//
//
//

1  Because this stipulation is signed by all parties who have appeared and no class has been
2  certified, no Court order is necessary to effectuate dismissal.

3  **IT IS SO STIPULATED.**

4  Dated: March 19, 2014                       STRANGE & CARPENTER

5                                              */s/ Brian R. Strange*
6                                              Brian R. Strange
                                               Attorney for Plaintiff
7                                              One of the Attorneys for Plaintiffs

8                                              Brian R. Strange, Esq. (103252)
                                               lacounsel@earthlink.net
9                                              12100 Wilshire Blvd., Suite 1900
                                               Los Angeles, California 90025
10                                             Telephone: (310) 207-5055
                                               Facsimile: (310) 826-3210

12                                             LAW OFFICES OF JOSEPH H. MALLEY
                                               Joseph H. Malley (not admitted)
13                                             malleylaw@gmail.com
                                               1045 North Zang Blvd.
14                                             Dallas, TX 75208
                                               Telephone: (214) 943-6100
15                                             Facsimile: (214) 943-6170

16                                             LAW OFFICES OF ALAN HIMMELFARB
                                               Alan Himmelfarb (90480)
17                                             Consumerlaw1@earthlink.net
                                               80 W. Sierra Madre Blvd. #304
18                                             Sierra Madre, California 91024
                                               Telephone: (626) 325-3104

21  Dated: March 19, 2014                      COOLEY LLP

22                                             */s/ Mazda K. Antia*
                                               Mazda K. Antia
23                                             Attorneys for Defendant

**FILER'S ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

COOLEY LLP

*/s/ Mazda K. Antia*
Mazda K. Antia
Attorneys for Defendant